# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rowland, Mary M. | U. S. Dist Court, Nothern District of Illinois | 09/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

219 S. Dearborn, Room 1332
Dirksen Federal Building
Chicago, IL 60604

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Mary M. Rowland Revocable Trust (unfunded) |
| 2.  Member of Board of Directors | Federal Bar Association, Chicago Chapter |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Hughes Socol Piers Resnick & Dym, Ltd. Salary Savings Plan and Trust (former law firm), no control |
| 2. | (I always recuse myself from cases in which my former firm has an appearance on file). |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 09/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Writer, self employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ANNUITY A: Northwestern Mutual Variable Annuity | | | | | | | | | |
| 2. Index 500 Stock/MSA | A | Int./Div. | K | T | Sold (part) | 03/31/15 | J | A | |
| 3. Mid Cap Value (MSA/Amer Century) | A | Int./Div. | K | T | Sold (part) | 03/31/15 | J | A | |
| 4. Index 600 (MSA) | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 5. International Equity/MWS/Franklin Tmpl | A | Int./Div. | J | T | Buy (add'l) | 03/31/15 | J | | |
| 6. Short Term Bond/MSA/T.Rowe Price | A | Int./Div. | K | T | Buy (add'l) | 03/31/15 | J | | |
| 7. Russell Core Bond | A | Int./Div. | K | T | Buy (add'l) | 03/31/15 | J | | |
| 8. Index 500 Stock/MSA | | | | | Buy (add'l) | 09/30/15 | J | | |
| 9. Mid Cap Value (MSA/Amer Century) | | | | | Buy (add'l) | 09/30/15 | J | | |
| 10. Index 600 (MSA) | | | | | Buy (add'l) | 09/30/15 | J | | |
| 11. International Equity/MWS/Franklin Tmpl | | | | | Sold (part) | 09/30/15 | J | A | |
| 12. Short Term Bond/MSA/T.Rowe Price | | | | | Sold (part) | 09/30/15 | J | A | |
| 13. Russell Core Bond | | | | | Sold (part) | 03/31/15 | J | A | |
| 14. | | | | | | | | | |
| 15. Illinois Bright Start 529 Plan | | | | | | | | | |
| 16. Index Age Based 15-17 Portfolio | A | Int./Div. | L | T | Buy (add'l) | 11/25/15 | K | | |
| 17. Index Age Based 10-11 Portfolio | A | Int./Div. | | | Merged (with line 16) | 11/25/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br><br>Rowland, Mary M. | Date of Report<br><br>09/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Variable Annuity B: Northwestern Mutual | | | | | | | | | |
| 20. Index 500 Stock (MSA) | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 21. Mid Cap Value (MSA/Am Century) | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 22. Index 600 Stock (MSA) | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 23. International Equity/MSA/Franklin Tmpl | A | Int./Div. | J | T | Buy (add'l) | 03/31/15 | J | | |
| 24. Short Term Bond/MSA/T.Rowe Price | A | Int./Div. | J | T | Buy (add'l) | 03/31/15 | J | | |
| 25. Russell Core Bond | A | Int./Div. | J | T | Buy (add'l) | 03/31/15 | J | | |
| 26. Index 500 Stock (MSA) | | | | | Sold (part) | 08/18/15 | J | A | |
| 27. Mid Cap Value (MSA/Am Century) | | | | | Buy (add'l) | 08/18/15 | J | | |
| 28. Index 600 Stock (MSA) | | | | | Sold (part) | 08/18/15 | J | A | |
| 29. International Equity/MSA/Franklin Tmpl | | | | | Buy (add'l) | 08/18/15 | J | | |
| 30. Short Term Bond/MSA/T.Rowe Price | | | | | Sold (part) | 08/18/15 | J | A | |
| 31. Russell Core Bond | | | | | Buy (add'l) | 08/18/15 | J | | |
| 32. | | | | | | | | | |
| 33. New York Life Fixed Rate (2%) Annuity | B | Dividend | L | T | Distributed (part) | | K | A | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Money Market | | | | | | | | | |
| 36. Fidelity Municial Money Market (FTEXX) | A | Int./Div. | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. Roth IRA #1 DFA US LC Value | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. Rollover IRA #1 | | | | | | | | | |
| 41. DFA Emerging Mkts | A | Dividend | K | T | Buy (add'l) | 02/26/15 | J | | |
| 42. DFA Emerging Mkts | | | | | Buy (add'l) | 08/27/15 | J | | |
| 43. iShare Core S&P SC ETF | A | Dividend | K | T | Sold (part) | 02/26/15 | J | A | |
| 44. iShare R1000 ETF | B | Dividend | L | T | | | | | |
| 45. iShare Morningstar SC Value ETF | B | Dividend | K | T | | | | | |
| 46. Oppenheimer Int'l Growth | A | Dividend | L | T | Sold (part) | 08/27/15 | J | A | |
| 47. Oppenheimer Int'l Growth | | | | | Buy (add'l) | 02/06/15 | J | | |
| 48. Pimco Total Return | D | Int./Div. | L | T | | | | | |
| 49. Vanguard Small Cap Value ETF | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 50. Vanguard ST Inv Grade Bond Fund | A | Int./Div. | K | T | Buy (add'l) | 08/31/15 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 09/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Roth IRA #2 DFA US LC Value | C | Dividend | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. Rollover IRA #2 | | | | | | | | | |
| 55. DFA US LC Value | D | Dividend | L | T | Sold (part) | 08/31/15 | J | A | |
| 56. iShare R1000 ETF | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 57. Pimco Total Return | C | Int./Div. | K | T | | | | | |
| 58. | | | | | | | | | |
| 59. SEP IRA | | | | | | | | | |
| 60. Pimco Total Return | A | Int./Div. | J | T | | | | | |
| 61. Vanguard ST Inv Grade Bond Fund | A | Int./Div. | J | T | Buy | 08/31/15 | J | | |
| 62. | | | | | | | | | |
| 63. AmeritasVariable Annuity | | | | | | | | | |
| 64. DFA VA Int'l Small | A | Int./Div. | J | T | Buy (add'l) | 07/01/15 | J | | |
| 65. DFA VA US Large Value | A | Int./Div. | J | T | Buy | 02/09/15 | J | | |
| 66. DFA VA US Large Value | | | | | Sold (part) | 07/01/15 | J | A | |
| 67. DFA VA ST Fixed | A | Interest | K | T | Buy (add'l) | 07/01/15 | J | | |
| 68. DFA VA US Targeted Value | A | Int./Div. | J | T | Sold (part) | 07/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco Total Return | A | Int./Div. | K | T | Buy (add'l) | 07/01/15 | J | | |
| 70. Vanguard VIF Diversified Value | A | Int./Div. | | | Sold | 02/09/15 | J | A | |
| 71. Vanguard VIF Equity Inc | A | Int./Div. | J | T | Sold (part) | 07/01/15 | J | A | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rowland, Mary M.** | 09/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Mary M. Rowland Revocable Trust, indicated in Part I, is unfunded and contains no assets.
Part VII   There is no gain/loss tracking in the IL Bright Start 529 plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. Rowland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544